IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., § | |
|     Plaintiff, § | |
| § | No. 3:11-CV-2928-N (BF) |
| v. § | |
| § | |
| THE HALFTIME BAR GROUP, LLC, et al., § | |
|     Defendants. § | |

### ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney on Plaintiff's Motion for Default Judgment. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Plaintiffs' Motion for Default Judgment is granted.

SIGNED this 19th day of November, 2012.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE